IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER TO SAN FRANCISCO POLICE DEPARTMENT** |
| IVAN CERNA, et al., | **RE SUBPOENA RETURNS** |
| Defendants. / | |

The Court is in receipt of a submission from the San Francisco Police Department which appears to consist of returns on multiple subpoenas in this matter. The submission consists of nineteen CD-ROMs as well as some paper documents. With limited exceptions, the submission does not identify these materials so that it is possible to determine to which subpoenas different materials are responding. The submission will be returned to the SFPD which is ordered to resubmit the materials under separate cover for each subpoena return by no later than **THURSDAY, JANUARY 21, 2010.** If the SFPD produces the documents in electronic format, it must submit redacted and unredacted documents on separate CD-ROMs to facilitate production of the documents to defense counsel.

**IT IS SO ORDERED.**

Dated: January 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE