IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARLON LUMANG, *et al*.

    Defendants.

No. CR 08-0730 WHA

**ORDER RE REQUEST TO CONTINUE SENTENCING OF DEFENDANT LUMANG**

Defendant Marlon Lumang and the government have stipulated to a request to postpone defendant Lumang's sentencing for the third time. Defendant Lumang was originally scheduled for sentencing on November 17, 2009. His sentencing was continued to December 15, 2009, then to February 2, 2010. Now the parties seek to continue his sentencing until April 27, 2010, but have not shown good cause for yet another continuance. The parties are ordered to appear as previously scheduled on February 2, 2010. They should be prepared to argue the motion to continue and go forward with sentencing if the motion is denied.

**IT IS SO ORDERED.**

Dated: February 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE