JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. S3-08-CR-0730-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE |
| MARLON LUMANG, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the sentencing hearing scheduled for May 11, 2010 and continuing it until June 29, 2010. The parties hereby agree and stipulate as follows:

1. The defendant, Marlon Lumang, pleaded guilty to attempted exportation of a stolen vehicle and is awaiting sentencing. At the time of his guilty plea, he believed he was a United States citizen. Subsequent to his guilty plea, however, the defendant learned that he was in fact not a United States citizen. As a result, the defendant may be subject to deportation following his sentencing in this matter.

2. Following the defendant's realization that he may be subject to deportation, counsel and the Government have been conferring to see what — if anything — the parties can do in response to the defendant's immigration issue. The issue, however, is fairly complicated and the parties require additional time to continue their efforts. Accordingly, the parties would respectfully request a continuance of the defendant's sentencing until June 29, 2010 in order to allow the parties additional time to try to resolve this matter.

STIPULATED:

DATED: May 11, 2010        /s/
LINDA FULLERTON, ESQ.
Attorney for Marlon Lumang

DATED: May 11, 2010        /s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 11, 2010

HON. WILLIAM ALSUP
United States District Judge



-2-