IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DIRECTING DEFENDANT MARLON LUMANG'S COUNSEL TO CONTACT HER CLIENT** |
| MARLON LUMANG, *et al.*, | |
| Defendants. / | |

The undersigned has received the attached correspondence from defendant Marlon Lumang regarding his release date. His counsel, attorney Linda Fullerton, is directed to contact Mr. Lumang regarding this matter as soon as practicable.

**IT IS SO ORDERED.**

Dated: July 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE