IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DIRECTING ATTORNEY LINDA FULLERTON TO MEET WITH CLIENT MARLON LUMANG** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

The Court has recently received two letters from Marlon Lumang, who contends he has been unable to contact Attorney Linda Fullerton to clarify why he has been remanded to the custody of the USMS. Attorney Fullerton is to meet with her client as soon as practicable to try to undo any confusion in his mind. By **JUNE 17 AT 5 P.M.**, Attorney Fullerton must file written confirmation that she has complied with this order and specify whether Mr. Lumang persists in his request for a hearing.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE