IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | |
| JONATHAN CRUZ-RAMIREZ, *et al*. | **ORDER RETURNING MARLON LUMANG TO ICE CUSTODY** |
| Defendants. | |

The presence of Marlon Lumang is no longer needed at trial in the above-captioned matter. The April 6 writ of habeas corpus *ad testificandum* and May 13 order remanding Marlon Lumang to the custody of the USMS are accordingly **VACATED**. Mr. Lumang is to be returned to the custody of the Department of Homeland Security, Immigration Customs and Enforcement.

**IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE